41 A.3d 737

IN THE MATTER OF GLEB L. KARDASH, AN ATTORNEY
AT LAW (ATTORNEY NO. 015552001).

May 2, 2012.

**ORDER**

The Disciplinary Review Board having filed with the Court its
decision in DRB 11–367, concluding on the record certified to the
Board pursuant to *Rule* 1:20–4(f) (default by respondent), that
**GLEB L. KARDASH** of **ROCKAWAY**, who was admitted to the
bar of this State in 2001, should be reprimanded for violating *RPC*
1.5(b)(failure to provide written fee agreement), and *RPC*
8.1(b)(failure to cooperate with disciplinary authorities), and good
cause appearing;

It is ORDERED that **GLEB L. KARDASH** is hereby repri-
manded; and it is further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that respondent reimburse the Disciplinary Over-
sight Committee for appropriate administrative costs and actual
expenses incurred in the prosecution of this matter, as provided in
*Rule* 1:20–17.